195 So.2d 141

## CITY OF NEW ORLEANS

v.

### Salvador MARCHESE.

No. 48570.

Feb. 20, 1967.

In re: The City of New Orleans applying for writ of review and for supervisory writs of certiorari, prohibition and mandamus.

Application not considered. Not timely filed.

McCALEB, J., is of the opinion that the application should be considered since the judge did not fix a specific number of days within which the application was to be filed.

195 So.2d 142

### STATE of Louisiana

v.

### Gary DUNCAN.

No. 48573.

Feb. 20, 1967.

In re: Gary Duncan applying for writ of certiorari.

The application is denied. No error of law in the ruling complained of